THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MILLIE J. NEWCOMB, as Administratrix of the Estate
of SARAH A. WIGGINS, Deceased, Appellant.

*People* v. *Newcomb*, 146 App. Div. 904, appeal dismissed.
(Argued February 26, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 9, 1912, which affirmed an order of the court
at a Trial Term dismissing the complaint, without costs to
either party, on the ground that the action, which was
one to recover a penalty for the sale of adulterated milk,
had abated by reason of the death of the original
defendant.

Defendant claimed that the court had no power to
deny defendant costs.

*O. M. Reilly* for appellant.

*Thomas Carmody, Attorney-General (Henry Selden
Bacon* of counsel), for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT,
HISCOCK, CHASE, COLLIN and HOGAN, JJ.